**Willie Lewis JOHNSON,
Plaintiff–Appellant,**

v.

**V. JUSTICE, Captain;  Lieutenant
Thomas;  Sergeant Biddix,
Defendants–Appellees.**

No. 01–7497.

United States Court of Appeals,
Fourth Circuit.

Submitted Dec. 20, 2001.

Decided Jan. 9, 2002.

Willie Lewis Johnson, Appellant Pro Se.

Before LUTTIG, TRAXLER, and GREGORY, Circuit Judges.

PER CURIAM.

Willie Lewis Johnson appeals the district court's order denying relief on his 42 U.S.C.A. § 1983 (West Supp. 2001) complaint. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See Johnson v. Justice,* No. CA–01–125–1–2–MU (W .D.N.C. July 11, 2001). We deny Johnson's motion for appointment of counsel. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*